# CASE ANNOUNCEMENTS

*April 22, 2011*

[Cite as *04/22/2011 Case Announcements*, 2011-Ohio-1942.]

## DISCIPLINARY CASES

**2010–0341.   Toledo Bar Assn. v. Ritson.**

This cause came on for further consideration upon the filing by respondent of a motion to purge contempt.

Upon consideration thereof, it is ordered by this court that respondent's motion is granted.

**2010–2140.   Akron Bar Assn. v. Fink.**

On December 9, 2010, the Board of Commissioners on Grievances and Discipline certified its final report to this court in this case recommending the imposition of a public reprimand upon the respondent, Eric Ross Fink, Attorney Registration No. 0071059, last known business address in Kent, Ohio.

Upon consideration thereof, it is ordered by the court, sua sponte, that this case is remanded to the Akron Bar Association for investigation of the apparent inconsistencies between the respondent's testimony regarding prior discipline offenses and his compliance with Continuing Legal Education requirements and the public information contained in the Supreme Court of Ohio's Attorney Directory and the prior orders of this court. Proceedings before this court are stayed until further order of the court. Costs to abide final determination of the case.

It is further ordered that all documents filed in this case shall meet the filing requirements set forth in the Rules of Practice of the Supreme Court of Ohio, including requirements as to form, number, and timeliness of filings. Service shall be deemed made on respondent by sending this order and all other orders in this case by certified mail to the most recent address respondent has given to the Office of Attorney Services.

# CASE ANNOUNCEMENTS

*April 25, 2011*

[Cite as *04/25/2011 Case Announcements*, 2011-Ohio-1989.]

## MOTION AND PROCEDURAL RULINGS

**2010–1448.   State v. Barker.**

Lucas App. No. L–09–1139, 2010-Ohio-3067. This cause is pending before the court as an appeal from the Court of Appeals for Lucas County.

Upon consideration of the motion for amicus curiae Ohio Attorney General Michael DeWine to participate in oral argument scheduled for Tuesday, June 7, 2011, in support of the appellant, it is ordered by the court that the motion is granted, and amicus curiae shall share the time allotted to appellant.